**Richard Charles COLE, Petitioner,**

v.

**The PEOPLE of the State of Colorado, Respondent.**

No. 96SC404.

Supreme Court of Colorado, En Banc.

April 30, 1997.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.

BY THE COURT.

**The PEOPLE of the State of Colorado, Petitioner,**

v.

**Daniel J. TUCK, Respondent.**

No. 96SC717.

Supreme Court of Colorado, En Banc.

Feb. 13, 1998.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the written and oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.

BY THE COURT, EN BANC, FEBRUARY 12, 1998.

**WELD COUNTY SCHOOL DISTRICT RE–12 and Colorado Compensation Insurance Authority, Petitioners,**

v.

**Deborah Louise BYMER and Industrial Claim Appeals Office, Respondents.**

**BRUSH GREENHOUSE PARTNERS and Colorado Compensation Insurance Authority, Petitioners,**

v.

**Ernesto GODINEZ and Industrial Claim Appeals Office, Respondents.**

**Martin C. PASILLAS–CARMONA, Petitioner,**

v.

**SPADY BROTHERS and Colorado Compensation Insurance Authority, Respondents.**

Nos. 97SC36, 97SC37 and 97SC227.

Supreme Court of Colorado, En Banc.

March 9, 1998.